NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 897

IN RE VOLKSWAGEN OF AMERICA, INC.
(now known as Volkswagen Group of America, Inc.),
VOLKSWAGEN AG, and AUDI AG,

Petitioners.

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 2:07-CV-00289, Judge T. John Ward.

ON PETITION FOR WRIT OF MANDAMUS

ORDER

Upon consideration of Volkswagen Group of America, Inc. et al.'s motion to supplement the record,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY 21 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Michael J. Lennon, Esq.
      David C. Doyle, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 1 2009

JAN HORBALY
CLERK